UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HECTOR VIERA,<br><br>Petitioner,<br><br>v.<br><br>SUZANNE M. PERRY,<br><br>Respondent. | No. 2:19-cv-1965 WBS AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 1, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 13. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 1, 2019, are adopted in full;

2. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

1

Dated: October 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Vier1965.801.hc